the Special Master in this case, is hereby discharged with the thanks of the Court.

**No. 09-10245. William Freeman, Petitioner v. United States.**

562 U.S. 1132, 131 S. Ct. 975, 178 L. Ed. 2d 744, 2011 U.S. LEXIS 482.

January 10, 2011. Motion of petitioner for leave to file a volume of the joint appendix under seal granted.

**No. 10-5400. Alejandra Tapia, Petitioner v. United States.**

562 U.S. 1132, 131 S. Ct. 975, 178 L. Ed. 2d 744, 2011 U.S. LEXIS 428.

January 10, 2011. Stephanos Bibas, Esquire, of Philadelphia, Pennsylvania, is invited to brief and argue this case, as amicus curiae, in support of the position that 18 U.S.C. § 3582(a) allows district courts to consider rehabilitative need in setting the length and term of imprisonment.

**No. 10-6315. LaVern Berryhill, Petitioner v. Brad Henry, Governor of Oklahoma, et al.**

562 U.S. 1132, 131 S. Ct. 975, 178 L. Ed. 2d 744, 2011 U.S. LEXIS 184.

January 10, 2011. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 10-6403. Thelma Williams, Jr., Petitioner v. Correctional Officer Hardin, et al.**

562 U.S. 1132, 131 S. Ct. 975, 178 L. Ed. 2d 744, 2011 U.S. LEXIS 496.

January 10, 2011. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 10-6471. Eugene Miller, Petitioner v. John Lewis Marks, Jr., Judge, Circuit Court of West Virginia, 15th Judicial Circuit, et al.**

562 U.S. 1132, 131 S. Ct. 976, 178 L. Ed. 2d 744, 2011 U.S. LEXIS 205.

January 10, 2011. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 10-6481. Gerard D. Grandoit, Petitioner v. The Physician Network, Inc., et al.**

562 U.S. 1132, 131 S. Ct. 976, 178 L. Ed. 2d 744, 2011 U.S. LEXIS 590.

January 10, 2011. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 10-6548. LaVern Berryhill, Petitioner v. Edward Evans, et al.**

562 U.S. 1132, 131 S. Ct. 976, 178 L. Ed. 2d 744, 2011 U.S. LEXIS 557.

January 10, 2011. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 10-6987. Cynthia Holmes, Petitioner v. East Cooper Hospital, Inc., et al.**

562 U.S. 1133, 131 S. Ct. 976, 178 L. Ed. 2d 744, 2011 U.S. LEXIS 580.

January 10, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until January 31, 2011, within which to pay the docket-

ing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 10-7258. Pascal C. Bolomet, et ux., Petitioners v. RLI Insurance Company, et al.**

562 U.S. 1133, 131 S. Ct. 976, 178 L. Ed. 2d 745, 2011 U.S. LEXIS 352.

January 10, 2011. Motion of petitioners for leave to proceed in forma pauperis denied. Petitioners are allowed until January 31, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 10-7274. Eugene Wideman, Petitioner v. Colorado, et al.**

562 U.S. 1133, 131 S. Ct. 976, 178 L. Ed. 2d 745, 2011 U.S. LEXIS 497, 

January 10, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until January 31, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

Same case below, 409 Fed. Appx. 184.

**No. 10-7326. Brendan E. Murray, Petitioner v. Securities and Exchange Commission.**

562 U.S. 1133, 131 S. Ct. 977, 178 L. Ed. 2d 745, 2011 U.S. LEXIS 375.

January 10, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until January 31, 2011, within which to pay the

docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 10-7331. Therese Guirlando, Petitioner v. T. C. Ziraat Bankasi, A.S.**

562 U.S. 1133, 131 S. Ct. 977, 178 L. Ed. 2d 745, 2011 U.S. LEXIS 259.

January 10, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until January 31, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court. Justice Sotomayor took no part in the consideration or decision of this motion.

Same case below, 602 F.3d 69.

**No. 10-7359. Patricia A. Handley, Petitioner v. Chase Bank USA N.A., et al.**

562 U.S. 1133, 131 S. Ct. 977, 178 L. Ed. 2d 745, 2011 U.S. LEXIS 326, 

January 10, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until January 31, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

Same case below, 387 Fed. Appx. 166.

**No. 10-7384. Kaytrena J. Francis, Petitioner v. United States, et al.**

562 U.S. 1133, 131 S. Ct. 977, 178 L. Ed. 2d 745, 2011 U.S. LEXIS 153.

January 10, 2011. Motion of petitioner for leave to proceed in forma pauperis